UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

| | |
|---|---|
| ELAINE WANG, | : |
| | : |
|       Plaintiff, | :   Civ. No.    7:21-cv-5363-VB |
| | : |
| v. | : |
| | : |
| STERLING BANCORP, MONA ABOELNAGA KANAAN, JOHN P. CAHILL, NAVY E. DJONOVIC, FERNANDO FERRER, ROBERT S. GIAMBRONE, JACK L. KOPNISKY, JAMES J. LANDY, MAUREEN B. MITCHELL, PATRICIA M. NAZEMETZ, RICHARD L. O'TOOLE, RALPH F. PALLESCHI, BURT B. STEINBERG, and WILLIAM E. WHISTON, | : |
| | : |
|       Defendants. | : |

---------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elaine Wang hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: September 10, 2021          Respectfully submitted,

                                        **MELWANI & CHAN LLP**

                                        /s *Gloria Kui Melwani*
                                        Gloria Kui Melwani (GM5661)
                                        1180 Avenue of the Americas, 8th Floor
                                        New York, New York 10036
                                        Tel: (212) 382-4620
                                        Email:  gloria@melwanichan.com

                                        *Attorneys for Plaintiff*